UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Naseef Bryan, Jr.

    v.                                  Case No. 24-cv-150-LM-AJ

Merrimack Police Department, et al

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 12, 2024. For the reasons explained therein, Mr. Bryan's claims are barred by the applicable statutes of limitations. The clerk is directed to enter judgment and close this case.

_____
Landya B. McCafferty
Chief Judge

Date: June 26, 2024

cc:  Naseef Bryan, Jr.